## 2574.  BRANCH v. BATTLE.

HILL, C. J.  The evidence demanded the verdict as directed by the court, and any error of law was immaterial.          *Judgment affirmed.*
DECIDED OCTOBER 14, 1910.

Levy and claim; from city court of Tifton—Judge Eve.  March 8, 1910.

*J. S. Ridgdill, L. P. Skeen,* for plaintiff in error.

*Fulwood & Murray, J. J. Murray,* contra.